|   |   |
|---|---|
| 1 | MCNUTT LAW FIRM, P.C. |
| 2 | Daniel R. McNutt, Esq., Bar No. 7815 |
|   | Matthew C. Wolf, Esq., Bar No. 10801 |
| 3 | Mark D. Hesiak, Esq., Bar No. 12397 |
|   | 11441 Allerton Park Drive, Suite 100 |
| 4 | Las Vegas, Nevada 89135 |
|   | Tel.: (702) 384-1170 / Fax.: (702) 384-5529 |
| 5 | drm@mcnuttlawfirm.com |
|   | mcw@mcnuttlawfirm.com |
| 6 | mdh@mcnuttlawfirm.com |
| 7 | *Counsel for Defendant Daniel Cordero* |

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| EDUARDO PINEIRO PRADO, an Individual and as Special Administrator of the Estate of PAULA PRADO ZUNIGA; RAFAEL BONILLA; an Individual; CESAR COLUNGA PRADO, an Individual,<br><br>Plaintiffs,<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a Political Subdivision of the State of Nevada; DANIEL CORDERO, an Individual; MICHAEL WELCH, an Individual; and DOES I–X, Unknown Persons or Entities,<br><br>Defendants. | Case No.: 2:24-cv-01718-RFB-DJA<br><br>**Stipulation and Order Regarding the Appearance Deadline for Defendants**<br><br>*First Request* |

Through their respective undersigned counsel, the Parties hereby stipulate to extend the time for Defendants Las Vegas Metropolitan Police Department, Michael Welch, and Daniel Cordero to answer or otherwise appear in response to Plaintiff's Complaint to November 14, 2024. Defendants respectfully request an extension to answer or otherwise appear because they are still in the process of gathering information related to the underlying event. That information will be necessary for Defendants to prepare their response to the complaint and draft their affirmative defenses. Thus, good cause exists to support the extension request.

1

1   This is the Parties' first request for an extension of this deadline. This Stipulation is sought in good faith, is not interposed for delay, and is not filed for an improper purpose.

IT IS SO STIPULATED.

| MCNUTT LAW FIRM, P.C. | MARQUIS AURBACH |
|---|---|
| */s/ Dan McNutt* | */s/ Craig Anderson* |
| Dan McNutt, Esq. (Bar No. 7815) | Craig Anderson, Esq. (Bar No. 6882) |
| Matt Wolf, Esq. (Bar No. 10801) | 10001 Park Run Drive |
| 11441 Allerton Park Drive, Suite 100 | Las Vegas, Nevada 89145 |
| Las Vegas, Nevada 89135 | *Attorneys for Defendants LVMPD and Michael Welch* |
| *Attorneys for Defendant Daniel Cordero* | |

RYAN ALEXANDER, CHTD.

*/s/ Ryan Alexander*
Richard Englemann, Esq. (Bar No. 6965)
Ryan Alexander, Esq. (Bar No. 10845)
3017 West Charleston Blvd., Suite 10
Las Vegas, Nevada 89102
*Attorneys for Plaintiffs*

**IT IS SO ORDERED:**

_____
DANIEL J. ALBREGTS
UNITED STATS MAGISTRATE JUDGE

DATED: 11/6/2024

2