MCNUTT LAW FIRM, P.C.
Daniel R. McNutt, Esq., Bar No. 7815
Matthew C. Wolf, Esq., Bar No. 10801
Mark D. Hesiak, Esq., Bar No. 12397
11441 Allerton Park Drive, Suite 100
Las Vegas, Nevada 89135
Tel.: (702) 384-1170 / Fax.: (702) 384-5529
drm@mcnuttlawfirm.com
mcw@mcnuttlawfirm.com
mdh@mcnuttlawfirm.com
*Counsel for Defendant Danny Cordero*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EDUARDO PINEIRO PRADO, an Individual and as Special Administrator of the Estate of PAULA PRADO ZUNIGA; RAFAEL BONILLA; an Individual; CESAR COLUNGA PRADO, an Individual,<br><br>    Plaintiffs,<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a Political Subdivision of the State of Nevada; DANIEL CORDERO, an Individual; MICHAEL WELCH, an Individual; and DOES I–X, Unknown Persons or Entities,<br><br>    Defendants. | Case No.: 2:24-cv-01718-RFB-DJA<br><br>**Stipulation and Order to Extend Dispositive Motion Deadline**<br><br>*First Request* |

The current deadline for dispositive motions is March 19, 2026. Through their respective undersigned counsel, the Parties hereby stipulate to extend the dispositive motion deadline by two weeks to April 2, 2026. Counsel for Danny Cordero has a three-week trial that begins on March 17, 2026 in a state court matter. Thus, good cause exists to support the extension request.

1

This is the Parties' first request for an extension of this deadline.  This Stipulation is sought in good faith, is not interposed for delay, and is not filed for an improper purpose.

IT IS SO STIPULATED.

MCNUTT LAW FIRM, P.C.

*/s/ Dan McNutt*
Daniel R. McNutt, Esq., Bar No. 7815
Matthew C. Wolf, Esq., Bar No. 10801
11441 Allerton Park Drive, Suite 100
Las Vegas, Nevada 89135
*Counsel for Defendant Danny Cordero*

RYAN ALEXANDER, CHTD.

*/s/ Noah Duran*
Ryan Alexander, Esq., Bar No. 10845
Noah Duran, Esq., Bar No. 15033
3017 West Charleston Blvd., Ste. 10
Las Vegas, NV 89102
*Attorneys for Plaintiffs*

MARQUIS AURBACH

*/s/ Andrew Yates*
Craig Anderson, Esq., Bar No. 6882
Andrew Yates, Esq., Bar No. 17016
10001 Park Run Drive
Las Vegas, Nevada 89145
*Attorneys for Defendants LVMPD and Michael Welch*

**IT IS SO ORDERED:**

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

**DATED**:  March 6, 2026.

2